**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKWARE SOLUTIONS LLC,<br><br>                    *Plaintiff*<br><br>v.<br><br>AMERICAN MINING WAREHOUSE LLC,<br>and TYLER DEBOER<br><br>                    *Defendants* | CIVIL ACTION NO.<br>_____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Blockware Solutions, LLC, a Delaware Limited Liability Company, certifies the following:

Blockware Solutions, LLC is a non-governmental corporate organization that has no corporate affiliates, subsidiaries, and/or parent corporation and no publicly held corporation owns 10% or more of the stock of its shares.

Plaintiff affirms the citizenship of every individual or entity whose citizenship is attributable to Plaintiff for purposes of establishing jurisdiction based upon diversity of citizenship as follows: Blockware Solutions, LLC is owned and managed by two members who are citizens of the State of New York and the State of Florida.

Dated: Bronxville, New York
April 2, 2024

**BAUMAN LAW GROUP P.C.**
*Attorneys for Plaintiff Blockware Solutions, LLC.*

By: */s/ Timothy C. Bauman*
Timothy C. Bauman
SDNY Bar ID: TB2536
141 Parkway Road, Suite 9
Bronxville, NY 10708
Tel:  (914) 337-1715
Fax:  (914) 361-4008
tbauman@baumanlawgroup.com