AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

BLOCKWARE SOLUTIONS, LLC )
*Plaintiff* )
v. ) Case No.
AMERICAN MINING WAREHOUSE LLC, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BLOCKWARE SOLUTIONS, LLC.

Date:    04/02/2024

*Attorney's signature*

Timothy C. Bauman, TB2536
*Printed name and bar number*

BAUMAN LAW GROUP, P.C.
141 Parkway Road, Suite 9
Bronxville, New York 10708

*Address*

tbauman@baumanlawgroup.com
*E-mail address*

(914) 337-1715
*Telephone number*

(914) 361-4008
*FAX number*