AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BLOCKWARE SOLUTIONS, LLC <br><br> *Plaintiff(s)* <br> v. <br> AMERICAN MINING WAREHOUSE, LLC <br> and <br> TYLER DEBOER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  AMERICAN MINING WAREHOUSE, LLC

24285 Katy Freeway, Suite 300, Katy, Texas 77494

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Timothy C. Bauman
      BAUMAN LAW GROUP, P.C.
      141 Parkway Road, Suite 9
      Bronxville, New York 10708
      tbauman@baumanlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/3/2024

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* American Mining Warehouse LLC

was received by me on *(date)* 4-15-24 .

☒ I personally served the summons on the individual at *(place)* 31214 Windcrest Park Ln. Spring, Texas 77386 on *(date)* 4-15-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 189 31 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 4-15-24

Server's signature: [signature] PSL: 17687 Exp: 10-31-25

Printed name and title: Ryan Hershey  Private Process Server

C-MACK SERVICES, INC.
2150 Ojeman Road
Houston, Texas 77080

Additional information regarding attempted service, etc:

Print   Save As...   Reset