

Timothy C. Bauman  
tbauman@baumanlawgroup.com  
(914) 337-1715

**VIA ECF AND E-MAIL**

April 18, 2024

Honorable Judge Analisa Torres  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

  Re:    Inadvertent Filing of Sensitive or Confidential Information

Dear Judge Torres:

This Firm represents Plaintiff Blockware Solutions LLC in *Blockware Solutions, LLC v. American Mining Warehouse LLC, et al.*, Case Number 1:2024-cv-02523. We write pursuant to ECF Rule 21.7 concerning the mistaken filing of sensitive or confidential information.

On April 18, 2024, the Firm became aware that unredacted copies of all exhibits (Numbers 1–5) attached to the Complaint (Docket No. 1) were inadvertently filed instead of the redacted copies that were intended to be filed. Immediately upon learning of the same, the Firm emailed an emergency sealing request to helpdesk@nysd.uscourts.gov. We have been informed that the exhibits have been sealed by the Help Desk. Pursuant to ECF Rule 21.7(b), we now request that the exhibits be formally sealed by the Court. Pursuant to ECF Rule 21.7(c), redacted versions of the exhibits will be filed.

Thank you for your time and consideration of this matter.

                                              Respectfully,

                                              /s/ Timothy C. Bauman  
                                              Timothy Bauman