

**Timothy C. Bauman**
tbauman@baumanlawgroup.com
(914) 337-1715

**VIA ECF AND E-MAIL**

April 23, 2024

Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re:    Typographical Error, Docket No. 15

Dear Judge Torres:

This Firm represents Plaintiff Blockware Solutions LLC in *Blockware Solutions, LLC v. American Mining Warehouse LLC, et al.*, Case Number 1:2024-cv-02523.

On April 23, 2024, the Court entered an Order (Docket No. 15) granting Plaintiff's letter motion (Docket No. 14) to seal the exhibits annexed to the Complaint, as unredacted copies of the exhibits containing sensitive or confidential information were mistakenly filed.

We write as it appears there is a typographical error in the Court's Order. The Order states, in pertinent part, that "ECF Nos. 1-1, 1-2, 1-3, 1-5, and 1-5 are hereby SEALED." To ensure that ECF No 1-4, which contains the same sensitive or confidential information as ECF Nos. 1-1, 1-2, 1-3, and 1-5, remains under seal, Plaintiff kindly requests correction of the typographical error.

Thank you for your time and consideration of this matter.

Respectfully,

/s/ Timothy C. Bauman
Timothy Bauman
