

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2024
```

Timothy C. Bauman
tbauman@baumanlawgroup.com
(914) 337-1715

**VIA ECF AND E-MAIL**

April 18, 2024

Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re:    **Inadvertent Filing of Sensitive or Confidential Information**

Dear Judge Torres:

This Firm represents Plaintiff Blockware Solutions LLC in *Blockware Solutions, LLC v. American Mining Warehouse LLC, et al.*, Case Number 1:2024-cv-02523. We write pursuant to ECF Rule 21.7 concerning the mistaken filing of sensitive or confidential information.

On April 18, 2024, the Firm became aware that unredacted copies of all exhibits (Numbers 1–5) attached to the Complaint (Docket No. 1) were inadvertently filed instead of the redacted copies that were intended to be filed. Immediately upon learning of the same, the Firm emailed an emergency sealing request to helpdesk@nysd.uscourts.gov. We have been informed that the exhibits have been sealed by the Help Desk. Pursuant to ECF Rule 21.7(b), we now request that the exhibits be formally sealed by the Court. Pursuant to ECF Rule 21.7(c), redacted versions of the exhibits will be filed.

Thank you for your time and consideration of this matter.

                Respectfully,

                /s/ Timothy C. Bauman
                Timothy Bauman

GRANTED. ECF Nos. 1-1, 1-2, 1-3, 1-4, and 1-5 are hereby SEALED. Plaintiff is directed to file the complaint with redacted versions of the exhibits on the docket by **April 29, 2024.**

The Clerk of Court is respectfully directed to strike the order at ECF No. 15. This order corrects a typo.

SO ORDERED.

Dated: April 24, 2024
       New York, New York

                                     ANALISA TORRES
                                     United States District Judge