**KAGEN CASPERSEN & BOGART**
ATTORNEYS ADMITTED IN NEW YORK, NEW JERSEY

750 THIRD AVENUE, 24TH FLOOR
NEW YORK, NEW YORK 10017
(212) 880-2045
(646) 304-7879 (FACSIMILE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2024

May 6, 2024

**VIA ECF and email to Torres_NYSDChambers@nysd.uscourts.gov**
Hon. Analisa Torres, U.S.D.J.
U.S. District Court for the Southern District of N.Y.
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

**Re:**   *Blockware Solutions LLC v. American Mining Warehouse LLC and Tyler Deboer*,
Case No. 1:24-cv-02523-AT (S.D.N.Y.) / Stipulated Extension Request

Dear Judge Torres,

This Firm was retained today to represent Defendants American Mining Warehouse LLC and Tyler Deboer ("Defendants") in the above-referenced action. Consistent with Your Honor's Individual Practices, we write to respectfully request an extension of time to answer or otherwise respond to the Complaint of Plaintiff Blockware Solutions LLC ("Plaintiff"). We make this request with the consent of Plaintiff's counsel.

Because we were just retained, Defendants and their counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. Plaintiff's counsel has consented to this request on the condition that Defendants waive any objection to service of process, which Defendants hereby waive while preserving all other objections (including but not limited to personal jurisdiction).

Accordingly, Defendants respectfully request a 30-day extension of the deadline to respond to Plaintiff's Complaint, from the current deadline of May 6, 2024, to June 5, 2024. We further request that the Court extend by 30 days the deadlines set in the Court's April 3, 2024 Initial Pretrial Scheduling Order and Order regarding consent to proceed before a Magistrate Judge (ECF Nos. 9 & 11).

This is Defendants' first request for an extension and does not affect any scheduled dates other than those mentioned above. We thank the Court for its consideration of this request.

Respectfully submitted,

GRANTED.  Defendants shall respond to the complaint by **June 5, 2024**.  The parties shall file their joint letter and proposed case management plan by **July 3, 2024**.

SO ORDERED.

Dated: May 7, 2024
New York, New York

ANALISA TORRES
United States District Judge