# EXHIBIT C

On Tue, Jun 4, 2024 at 11:16 AM Timothy Bauman <tbauman@baumanlawgroup.com> wrote:
> If we have to amend the complaint to dismiss them, we will not agree to that. As stated in our letter, we believe they are adequately pled.
>
> Timothy Bauman



141 Parkway Road, Suite 9
Bronxville, New York 10708
(main) 914.337.1715
(fax) 914.361.4008

This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies. Thank you.

---

**From:** Stuart Kagen <skagen@kcbfirm.com>
**Sent:** Tuesday, June 4, 2024 11:12 AM
**To:** Timothy Bauman <tbauman@baumanlawgroup.com>
**Subject:** Re: Status?

# So how will you dismiss these claims you said you would dismiss? Your position doesn't seem to make sense.

```
Stuart Kagen
_____
Kagen, Caspersen & Bogart PLLC
750 Third Ave., 24th Fl.
New York, New York 10017
(212) 880-2045
(646) 304-7879 (facsimile)

The information contained in this e-mail communication and any attachments is intended solely
for the party to whom it was sent and may contain privileged and/or confidential information.
If this communication has been delivered to a third party who is not the intended
recipient, please notify the sender immediately at (212) 880-2045.

Any unauthorized use, dissemination, distribution or copying of this communication is
strictly prohibited. To the intended recipient: We consider that sending this e-mail provides
confidentiality protection. PLEASE NOTE: Our Anti-Spam/Virus firewall sometimes eliminates
legitimate e-mail communications. If your e-mail contains important information or
instructions please confirm that we have received your message.
```

On Tue, Jun 4, 2024 at 11:09 AM Timothy Bauman <tbauman@baumanlawgroup.com> wrote:
> Stuart,
>
> We do not believe that it is appropriate to amend the complaint at this time. As stated in our letter we believe we have appropriately pled all of our claims. Amendment is neither needed nor would it serve any efficiency. Given all of the delays we are hoping to keep things moving forward in a timely manner.
>
> Please let us know if you intend to proceed with a motion to dismiss.
>
> Timothy Bauman
>
> 141 Parkway Road, Suite 9
> Bronxville, New York 10708
> (main) 914.337.1715

(fax) 914.361.4008

This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies. Thank you.

-----Original Message-----
From: Stuart Kagen <skagen@kcbfirm.com>
Sent: Monday, June 3, 2024 7:35 PM
To: Timothy Bauman <tbauman@baumanlawgroup.com>
Subject: Status?

Tim, are you amending? Please let me know today what you're doing


Stuart Kagen
Kagen, Caspersen & Bogart PLLC
750 Third Ave. 24th Fl.
New York, NY 10017
(212) 880-2045
skagen@kcbfirm.com