```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLOCKWARE SOLUTIONS LLC,

                Plaintiff,

-against-               24 Civ. 2523 (AT)

AMERICAN MINING WAREHOUSE LLC,
and TYLER DEBOER,               **ORDER**

                Defendants.

ANALISA TORRES, District Judge:

      The Court has reviewed Defendants' letter dated June 5, 2024, requesting leave to move to dismiss Plaintiff's complaint, ECF No. 21, as well as Plaintiff's response, ECF No. 22. Accordingly:

1. Defendant's request for leave to move to dismiss Plaintiff's complaint is GRANTED;
2. By **July 11, 2024**, Defendants shall file their motion papers;
3. By **August 8, 2024**, Plaintiff shall file its opposition papers; and
4. By **August 22, 2024**, Defendants shall file their reply, if any.

      SO ORDERED.

Dated: June 13, 2024
       New York, New York

                                                  ANALISA TORRES
                                     United States District Judge