

Timothy C. Bauman
tbauman@baumanlawgroup.com
(914) 337-1715

**VIA ECF AND E-MAIL**

July 3, 2024

Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re:**    **FRCP 41(a)(1)(A), Voluntary Dismissal Without Prejudice**

Dear Judge Torres:

This Firm represents Plaintiff Blockware Solutions LLC in *Blockware Solutions, LLC v. American Mining Warehouse LLC, et al.*, Case Number 1:2024-cv-02523.

We write to inform the Court that Plaintiff is voluntarily dismissing the instant action without prejudice pursuant to FRCP 41(a)(1)(A). Plaintiff will file the required document on ECF in short order, as well as a copy of this correspondence.

Thank you for your time and consideration of this matter.

                                                Respectfully,

                                                /s/ Timothy C. Bauman
                                                Timothy Bauman