IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blockware Solutions LLC, <br><br> Plaintiff(s) <br><br> v. <br><br> American Mining Warehouse LLC and Tyler Deboer, <br><br> Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Case No. 24 Civ. 2523 (AT) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the defendants American Mining Warehouse LLC and Tyler Deboer, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Signature of plaintiffs or plaintiff's counsel

Bauman Law Group, P.C.
141 Parkway Road, Ste. 9
*Address*

Bronxville, New York 10708
*City, State & Zip Code*

(914) 337-1715
*Telephone Number*

Dated: July 3, 2024

_____
Signature of defendants or defendant's counsel

Kagen, Caspersen & Bogart PLLC
551 Madison Avenue, 12th Floor
*Address*

New York, New York 10022
*City, State & Zip Code*

(212) 880-2045
*Telephone Number*

Dated: July 3, 2024